# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

JACOB MUNT,

      Plaintiff,

v.                                 Case No.  8:13-CV-2144-T-30AEP

STEVIE CARMACK, et al.,

      Defendants.

_____/

## ORDER

Before the Court is Plaintiff's Motion for an Order Compelling Discovery (Dkt. 17) in which Plaintiff requests the Court order Defendants to produce certain documents which he requested from them on September 30, 2013.  As of this date, there is nothing which indicates that Defendants have either waived service of process or been served with process.

Once service is complete on Defendants, the Court will enter a scheduling order that will establish a discovery plan and a schedule of dates, including the dates of a final pretrial conference and trial (or specify dates after which a pretrial conference or trial may be scheduled on twenty (20) days' notice.  Unless otherwise ordered by the Court, a party may not seek discovery from any source before the scheduling order has been entered.

ACCORDINGLY, the Court **ORDERS** that Plaintiff's Motion for an Order Compelling Discovery (Dkt. 17) is **DENIED** without prejudice.

**DONE** and **ORDERED** in Tampa, Florida on January 9, 2014.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

SA:sfc
Copy to:
Plaintiff *pro se*