**UNITED STATED DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JACOB MUNT,

    Plaintiff,

v.                                  Case No 813CV2144T30AEP

STEVIE CARMACK and JOHN STASIAK,

    Defendants,

_____/

**DEFENDANT STEVIE CARMACK'S AND JOHN STASIAK'S ANSWER**
**AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S AMENDED CIVIL**
**RIGHTS COMPLAINT**

The Defendants, Stevie Carmack and John Stasiak, by and through their undersigned counsel, and pursuant to Federal Rule of Civil Procedure 7, hereby file their Answer and Affirmative Defenses to Plaintiff's Amended Civil Rights Complaint, with each response corresponding to the numbered allegation in the Amended Civil Rights Complaint, as follows:

    I.      Admit for jurisdictional purposes only.

    II.     Paragraph II is not applicable to this action and therefore a response is not required. To the extent a response is required, deny.

    III (A)-(D).  Without knowledge, therefore deny.

    IV (A)-(G).  Admit for jurisdictional purposes only.

V.    Deny.

VI.   Defendants admit in paragraph VI(1) that Plaintiff was driving a stolen car. Remainder, deny.

VII.  Deny.

## AFFRIMATIVE DEFENSES
## FIRST AFFIRMATIVE DEFENSE

Defendants were acting in the course and scope of their employment as police officers and their actions do not violate clearly established law, therefore Defendants enjoy qualified immunity and cannot be sued in this action.

## SECOND AFFIRMATIVE DEFENSE

Defendants had probable cause to arrest Plaintiff and therefore Defendants were privileged to use reasonable force to effectuate the arrest.

## THIRD AFFIRMATIVE DEFENSE

If Plaintiff has received monies or will receive money in the future from collateral sources, Defendants are entitled to a set-off to the extent of any collateral source benefits which have been paid or payable to the Plaintiff under applicable law.

## FOURTH AFFIRMATIVE DEFENSE

The Plaintiff has failed to comply with all conditions precedent to the filing of this suit as required by F.S. §768.28(6).

## FIFTH AFFIRMATIVE DEFENSE

Defendant's monetary liability is limited pursuant to the terms and provisions of F.S. §768.28.

## SIXTH AFFIRMATIVE DEFENSE

This action is barred by F.S. §776.085 because the injury was sustained during the commission or attempted commission of a forcible felony.

## SEVENTH AFFIRMATIVE DEFENSE

Plaintiff knew of the existence of the danger complained of in the Complaint, realized and appreciated the possibility of injury as a result of the danger and, having a reasonable opportunity to avoid it, voluntarily exposed himself to the danger.

## EIGHTH AFFIRMATIVE DEFENSE

The Complaint fails to state a claim for relief against the Defendants as a matter of law.

WHEREFORE, the Defendants Stevie Carmack and John Stasiak, request entry of an order dismissing Plaintiff's Amended Civil Rights Complaint with prejudice, request costs and attorneys fees for this action, and request a trial by jury of all issues so triable.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 20th day of June 2014, I electronically filed the foregoing with the Clerk of the court by using the CM/ECF system and served by U.S. Mail to JACOB MUNT; Northwest Florida Correctional Institute; 4455 San Mitchell Drive; Chipley, FL 32428.

      **/s/ Thomas P. Scarritt, Jr.**
      **THOMAS P. SCARRITT, JR.**
      Florida Bar Number: 0378781
      **MARTIN J. CHAMPAGNE, JR.**
      Florida Bar Number: 0605921
      SCARRITT LAW GROUP, P.A.
      1405 West Swann Avenue
      Tampa, Florida 33606
      Email: courtpleadings@scarrittlaw.com
      Telephone: (813) 258-2300
      Facsimile: (813) 258-3242
      Attorneys for Defendants CARMACK and STASIAK